# STATE OF MICHIGAN

# COURT OF APPEALS

PEOPLE OF THE STATE OF MICHIGAN,

      Plaintiff-Appellant,

v

GREGORY SCOTT MIKULEN,

      Defendant-Appellee.

FOR PUBLICATION
April 24, 2018

No. 337003
Jackson Circuit Court
LC No. 16-001227-AR

Before: MURPHY, P.J., and JANSEN and SWARTZLE, JJ.

JANSEN, J. (*concurring*)

      I concur in the result only.

                                   /s/ Kathleen Jansen